BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No.: 006405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 452-6299
Facsimile: (702) 452-6298
Email: lam@bellonandmaningo.com
Attorney for Defendant
KEVIN BROWN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KEVIN BROWN, ) <br> ) <br> Defendant. ) <br> ) | 2:16-cr-00242-GMN-CWH |

**ORDER MODIFYING PRE-TRIAL CONDITIONS**

**IT IS HEREBY ORDERED** that the conditions of release previously ordered for Defendant KEVIN BROWN be modified as follows:

1. That Defendant BROWN be relocated to Brooklyn Park, Minnesota, so he can be with his wife and kids.

2. All other conditions of release which were previously ordered, as set forth in the April 20, 2016 appearance bond, shall remain in place unmodified.

DATED this 15th day of December, 2016.

_____
UNITED STATES MAGISTRATE